**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Randy Kimball,                                                   Civil File No. 10-cv-4275 JRT/FLN

      Plaintiff,

vs.                                                                             **NOTICE OF DISMISSAL**
                                                                                   **WITH PREJUDICE**

Bureau of Collection Recovery, Inc.,

      Defendant.

---

      **NOTICE IS HEREBY GIVEN** that the above-entitled action by Plaintiff may be, and hereby is dismissed on its merits with prejudice, without costs, disbursements or attorney's fees to any party, and that a judgment of dismissal with prejudice and on the merits may be entered in the above-entitled action pursuant hereto.

                                                      **KROHN & MOSS, LTD.**

Dated:12/22/2010                  By: s/Lee Cassie Yates_____
                                            Lee Cassie Yates (#352688)
                                            Attorneys for Plaintiff
                                            120 West Madison Street, 10th Floor
                                           Chicago, IL  60602
                                           (312) 578-9428
                                           (886) 289-0898 – fax
                                           cyates@consumerlawcenter.com